# United States Court of Appeals

## For the First Circuit

No. 15-8022

IN RE: MANUEL R. SUAREZ-JIMENEZ

Respondent

Before

Torruella, Thompson and Kayatta,
Circuit Judges.

**ORDER OF COURT**

Entered: February 3, 2017

Petitioner seeks rehearing based on his claim that the per curiam opinion did not address his argument that Puerto Rico's code of professional ethics could not be applied to him because the Supremacy Clause of the U.S. Constitution preempts any Commonwealth rule that conflicts with the rules of Florida adopted by the U.S. District Court for the Southern District of Florida. The per curiam opinion rejected this "due process violation" as exceeding the scope of due process protections afforded to the respondent in an attorney disciplinary proceeding. In any event, the argument is without basis in law or fact. Petitioner neither entered an appearance nor was authorized to appear or practice in Florida. Plus, he points to no pertinent conflict between the Florida and Puerto Rico rules of conduct, presumably because the pertinent rules in all relevant U.S. jurisdictions allow for suspensions for, among other things, gross negligence and misleading clients. The petition for rehearing is denied.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Manuel R. Suarez-Jimenez
Clerk, Puerto Rico Supreme Court